AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-06951

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nicholas Califano
was received by me on *(date)* 8/24/21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ business or usual place of ~~abode~~ with *(name)* Luis Cruz
_____, a person of suitable age and discretion who ~~resides~~ employment works there,
on *(date)* 8/25/21 at 4:16 PM, and mailed a copy to the individual's ~~last known address~~; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/26/21

*Server's signature* Jack Tamburella

*Printed name and title* Jack Tamburello

*Server's address* 166-06 24th Rd Whitestone NY 11357

Additional information regarding attempted service, etc:
served at 92 Main St, Yonkers NY 10701
(male, lt brn, black, 21, 5'4-5'8, 161-200 lbs)