UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Flor Hernandez, *on behalf of herself and others*
*Similarly situated in the proposed FLSA*
*Collective Action,*

                                          *Plaintiff,*

        -   *against* –

Yonkers Brewing Company LLC, John Rubbo,
Nicholas Califano, and Mike Pecs,

                                   *Defendants.*

Case No.: 7:21 - CV - 06951 -KMK

**STIPULATION TO
EXTEND TIME TO
ANSWER**

---

Stipulation dated 6th of October 2021, wherein the parties hereby consent that the time for the Defendants, Yonkers Brewing Company LLC, John Rubbo and Mike Pecs, to answer or otherwise move regarding the Complaint is hereby extended to on or before November 8, 2021.

Defendants, Yonkers Brewing Company LLC, John Rubbo and Mike Pecs, waive any defense with regard to personal jurisdiction.

Acknowledged and Agreed;

Mark E. Constantine, Esq.
*Attorney for Defendants, Yonkers Brewing Company, LLC and John Rubbo*
150 White Plains Road, Suite 300
Tarrytown, New York 10591
914-630-0410
mark@constantinelawfirm.com

Joshua Levin-Epstein, Esq.
*Attorneys for the Plaintiff and*
*proposed FLSA Collection Action Plaintiffs*
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, New York 10165
212-792-0046
Joshua@levinepstein.com