# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

December 6, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hernandez<br><br>Plaintiff(s),<br><br>*- against -*<br><br>Yonkers Brewing Compan LLC, et al.,<br><br>Defendant(s). | **SCHEDULING ORDER**<br><br>7:21-cv-06951-KMK-PED |

The Court has scheduled a **Telephone Conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **Janaury 4, 2021 at 9:30 a.m.**

**PLEASE NOTE JUDGE DAVISON'S COVID-19 ORDER** (docketed separately) setting forth procedures applicable to all civil cases.

**PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE IMMEDIATELY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Dec 6, 2021**

DOC # _____

SO ORDERED:

*[signature]*
Hon. Paul E. Davison
United States Magistrate Judge

12/6/21