# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

December 10, 2021

**<u>Via Electronic Filing</u>**
The Honorable Paul E. Davison, U.S.M.J.
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re: *Hernandez v. Yonkers Brewing Company LLC et al*
        <u>Case No.: 7:21-cv-06951-KMK-PED</u>

Dear Honorable Magistrate Judge Davison:

  This law firm represents plaintiffs Flor Hernandez and Edgar Donato Sanchez (together, the "Plaintiffs") in the above-referenced action. This letter is submitted jointly with Defendants Yonkers Brewing Company LLC, John Dubbo and Mike Pecs (collectively, the "Defendants").

  Pursuant to Your Honor's Individual Rule 1(A) and 1(D), this letter respectfully serves as a joint request to schedule a virtual settlement conference before Your Honor at a date and time set by the Court.

  The parties have conferred, and can make themselves available on the following proposed dates and times:

1. Wednesday, December 29, 2021 beginning at 10:00 a.m.;
2. Thursday, December 30, 2021 beginning at 10:00 a.m.; or
3. Wednesday, January 12, 2022 beginning at 10:00 a.m.

  The parties have a strong preference for Wednesday, January 12, 2022 beginning at 10:00 a.m.

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

           Respectfully submitted,

           LEVIN-EPSTEIN & ASSOCIATES, P.C.

      By: <u>*/s/ Jason Mizrahi*</u>
         Jason Mizrahi
         60 East 42nd Street, Suite 4747
         New York, NY 10170
         Tel. No.: (212) 792-0048
         Email: Jason@levinepstein.com
         *Attorneys for Plaintiffs*

VIA ECF: All Counsel

1