# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

December 13, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hernandez<br>　　　　　　　　Plaintiff(s),<br><br>　　　　- *against* -<br>Yonkers Brewing Company LLC, et al.,<br><br>　　　　　　　　Defendant(s). | **SCHEDULING ORDER**<br>7:21-cv-06951-KMK-PED |

　　　The Court has scheduled a **Settlement Conference** before the **Honorable Paul E. Davison**, United States Magistrate Judge, on **January 12, 2022 at 2:00 p.m.**

　　　**Please note Judge Davison's COVID-19 Order** (docketed separately) setting forth procedures applicable to all civil cases.

*Counsel should have either: full independent settlement authority; principals present; or principals readily available by telephone.*

　　　Counsel are encouraged, but not required, to submit a confidential, *ex parte* letter to the Court, not to exceed 5 pages in length, no later than two (2) business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference.  **Until further notice,** any such *ex parte* letter must be emailed to: ChambersNYSDDavison@nysd.uscourts.gov.  Counsel shall notify all other parties of their intention to submit an *ex parte* letter no later than one week prior to the conference.

　　　**PLEASE NOTIFY ALL OTHER PARTIES OF THE ABOVE INFORMATION IMMEDIATELY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:**12/13/21**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

12/13/21