**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

December 14, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Hernandez**<br><br>                    Plaintiff,<br><br>*- against -*<br><br>**Yonkers Brewing Company LLC, et al.,**<br><br>                    Defendant. | **SCHEDULING ORDER**<br><br>7:21-cv-06951-KMK-PED |

TO ALL PARTIES:

   In light of the scheduling of a settlement conference in this matter on January 12, 2022 at 2 pm, the telephone conference before the Honorable Paul E. Davison, United States Magistrate Judge, on **January 4, 2022 at 9:30 am** has been **cancelled**.

**Notify all other parties  immediately**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Dec 14, 2021**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

12/14/21