UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FLOR HERNANDEZ and EDGAR DONATO SANCHEZ,** *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*<br><br>                              **Plaintiffs,**<br><br>-against-<br><br>**YONKERS BREWING COMPANY LLC, JOHN RUBBO, NICHOLAS CALIFANO AND MIKE PECS,**<br><br>                              **Defendants.** | Case No.: 1:21-cv-06951-KMK-PED<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned appears as counsel for the following Defendant: **Mike Pecs**. I certify that I am admitted to practice in the Southern District of New York.

Dated: February 14, 2022
       Stamford, Connecticut

Respectfully submitted,

**MURTHA CULLINA LLP**

By:     */s/ Salvatore G. Gangemi*
        Salvatore G. Gangemi (sg 6769)

107 Elm Street
Four Stamford Plaza, 11th Floor
Stamford, CT 06901
Tel.: 203.653.5436
Fax:  860.240.5936
Email:  sgangemi@murthalaw.com

*Attorneys for Defendant Mike Pecs*