UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Flor Hernandez, and Edgar Donato Sanchez, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                                          Plaintiffs,

        -against-

Yonkers Brewing Company LLC, John Rubbo, Nicholas Califano, and Mike Pecs,

                                          Defendants.
-----------------------------------------------------------------X

Index No.: 1:21-cv-06951

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety against Defendants with no award of attorneys' fees or costs to any party.

MURTHA CULLINA LLP

By: _____
Salvatore G. Gangemi
107 Elm Street, Ste 16th Floor
Four Stamford Plaza, CT 06901
Tel. No.: (212) 563-9884
Email: sgangemi@murthalaw.com
*Attorneys for Defendants Yonkers Brewing Company LLC, John Rubbo and Mike Pecs*

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, New York 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*

SO ORDERED on this **29** day of **April**, 2022.

_____
Hon. Paul E. Davison
United States Magistrate Judge

12078447